UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHAWN WAYNE KINNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:15-cv-00144-LJM-MJD |
| ) | |
| ERNIE RUSH, Chaplain, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On July 15, 2016, the Magistrate Judge filed his Report and Recommendation on Defendant Ernie Rush's ("Defendant's") Motion to Dismiss. Dkt. No. 54. Plaintiff Shawn Wayne Kinningham ("Plaintiff") has neither responded nor objected to the recommendation. Therefore, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the order of this Court. This action is **DISMISSED with PREJUDICE.** The Court will enter judgment accordingly.

IT IS SO ORDERED.

DATED: 8/9/2016

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distribution:

SHAWN WAYNE KINNINGHAM
1340 Jackson Street #E
Jasper, IN 47546

Kayla D. Britton
FAEGRE BAKER DANIELS LLC -- Indianapolis North
kayla.britton@FaegreBD.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP (Indianapolis)
ryan.hurley@FaegreBD.com

David A. Arthur
OFFICE OF THE ATTORNEY GENERAL
David.Arthur@atg.in.gov

Justin G. Hazlett
OFFICE OF THE ATTORNEY GENERAL
jhazlett@atg.state.in.us